UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELINDA J. LUTTRELL,<br>   *Plaintiff*, | )<br>)<br>) |
| v. | )     1:11-cv-00877-JMS-DML<br>) |
| ACCOUNTS RECOVERY BUREAU, INC.,<br>   *Defendant*. | )<br>) |

# ADOPTION

On January 26, 2012, the Magistrate Judge submitted her Report and Recommendation on Plaintiff's Motion for Assessment of Attorney's Fees and Costs. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. No objection was filed, and the time for doing so has now passed.

The Court, having considered the Magistrate Judge's Report, approves and adopts the Magistrate Judge's Report and Recommendation in full pursuant to 28 U.S.C. §636(b)(1). Accordingly, Plaintiff's Motion for Assessment of Attorney's Fees and Costs [Dkt. 22] is **GRANTED**, and judgment shall issue accordingly.

Dated:   02/17/2012

                                                   Hon. Jane Magnus-Stinson, Judge
                                                 United States District Court
                                                 Southern District of Indiana

Copies via ECF only:

John Thomas Steinkamp
JOHN T. STEINKAMP AND ASSOCIATES
steinkamplaw@yahoo.com

Peter A. Velde
KIGHTLINGER & GRAY
pvelde@k-glaw.com